Joseph R. Manning, Jr. (SBN 223381)
DisabilityRights@manninglawoffice.com
**MANNING LAW, APC**
20062 SW Birch Street, Suite 200
Newport Beach, CA 92660
Tel: 949.200.8755 / Fax: 866.843.8308

Attorneys for Plaintiff:
GEORGE AVALOS

Bruce A. Neilson (SBN 096952)
**BRUCE A. NEILSON, ATTORNEY**
7108 N. Fresno St. #410
Fresno, California 93720
Telephone (559) 432-9831
Facsimile (559) 432-1837
Email: bneilsonlaw@gmail.com

Attorneys for Defendant
VIRK PROPERTIES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VIRK PROPERTIES, INC., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 1:20-cv-01601-NONE-EPG<br><br>Hon.<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: November 13, 2020<br>Trial Date: None |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff GEORGE AVALOS ("Plaintiff") and VIRK PROPERTIES, INC. ("Defendant"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own attorneys' fees, expert fees, and costs.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: February 11, 2021

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    George Avalos

DATED: February 11, 2021

**BRUCE A. NEILSON, ATTORNEY**

By: /s/ *Bruce A. Neilson*
    Bruce A. Neilson
    Attorneys for Defendant
    Virk Properties, Inc.

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 11, 2021      By: /s/ *Joseph R. Manning, Jr.*