UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>  Plaintiff,<br><br>  v.<br><br>VIRK PROPERTIES, INC.,<br><br>  Defendant. | Case No. 1:20-cv-01601-NONE-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 7) |

Plaintiff George Avalos and Defendant Virk Properties, Inc., have filed a stipulation to dismiss the entire action with prejudice (ECF No. 7). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **February 12, 2021**             /s/ Erica P. Grosjean
                                                             UNITED STATES MAGISTRATE JUDGE